Honorable Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK OLSEN, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>NORTH HOMES REALTY, INC. D/B/A CENTURY 21 NORTH HOMES REALTY, INC. and ROBERT DOWELL,<br><br>  Defendants. | NO. 2:21-cv-00789-RSM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Patrick Olsen hereby voluntarily dismisses his claims against Defendants North Homes Realty, Inc. d/b/a Century 21 North Homes Realty, Inc. and Robert Dowell without prejudice.

RESPECTFULLY SUBMITTED AND DATED this 28th day of July, 2021.

TURKE & STRAUSS LLP

By: /s/ Samuel J. Strauss, WSBA #46971
Samuel J. Strauss, WSBA #46971
Email: sam@turkestrauss.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 1
Case No. 2:21-cv-00789-RSM

**TURKE & STRAUSS LLP**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

1
2
3
4
5

Anthony Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018

*Attorneys for Plaintiff*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE - 2
Case No. 2:21-cv-00789-RSM

**TURKE & STRAUSS LLP**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com